******************************************************

The "officially released" date that appears near the beginning of each opinion is the date the opinion will be published in the Connecticut Law Journal or the date it was released as a slip opinion. The operative date for the beginning of all time periods for filing postopinion motions and petitions for certification is the "officially released" date appearing in the opinion. In no event will any such motions be accepted before the "officially released" date.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Reports and Connecticut Appellate Reports. In the event of discrepancies between the electronic version of an opinion and the print version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest print version is to be considered authoritative.

The syllabus and procedural history accompanying the opinion as it appears on the Commission on Official Legal Publications Electronic Bulletin Board Service and in the Connecticut Law Journal and bound volumes of official reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced and distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.

******************************************************

RONALD LORICCO, TRUSTEE *v.* HULA'S
NEW HAVEN, LLC, ET AL.
(AC 36363)

Sheldon, Keller and Bear, Js.

*Argued February 6—officially released May 26, 2015*

(Appeal from Superior Court, judicial district of New
Haven, Zemetis, J.)

*John R. Harness*, with whom, on the brief, was *Brian
P. Kraemer*, for the appellants (defendants).

*Robert T. Harrington*, for the appellee (plaintiff).

*Opinion*

PER CURIAM. The plaintiff, Ronald LoRicco, trustee, a landlord, brought this action against the defendant Hula's New Haven, LLC, a tenant, seeking payments pursuant to a commercial lease agreement. The plaintiff also named as defendants Donald G. Kelly, Albert J. Silverman and Todd M. Kazakowski, also known as Tom M. Kosakowski, as guarantors of the lease. Following a trial, the court, *Zemetis, J.*, rendered judgment in favor of the plaintiff as to all defendants by way of a memorandum of decision filed November 22, 2013. The defendants claim on appeal that the trial court erred in enforcing the guarantee because there was no meeting of the minds as to its terms. We have examined the record on appeal and considered the briefs and the arguments of the parties, and conclude that the judgment of the trial court should be affirmed. Because the trial court thoroughly addressed the arguments raised in this appeal, we adopt its well reasoned decision as a statement of the facts and the applicable law on the issue. See *LoRicco* v. *Hula's New Haven, LLC*, 53 Conn. Supp. 372,     A.3d     (2013). Any further discussion by this court would serve no useful purpose. See, e.g., *Woodruff* v. *Hemingway*, 297 Conn. 317, 321, 2 A.3d 857 (2010).

The judgment is affirmed.